UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 24 2020
MITCHELL R. ELFERS
CLERK

Jane Doe, Jane Doe 2,
(Plaintiffs)

Case No: 1:18-CV-00236 JHR-LF

v.

Case No: 2:19-CV-00460 CG-GJF

The Board of County Commissioners for the County of Otero; Otero County Sheriff Benny House; Otero County Detention Center Director Carolyn Barela; Eric Scott Kindley
(Defendants)

(Combined Cases)

NOTICE OF CHANGE MAILING ADDRESS

Comes now Defendant Eric Scott Kindley to provide notice of change of mailing address;

Defendant Eric Scott Kindley, Appearing In Pro Se, Notices the Court and parties to this matter, that the mailing address of defendant Eric Scott Kindley has changed, as indicated below.

Defendant: Eric Scott Kindley
1036 S. 21st St.
Richmond, IN 47374

Accordingly, please update the above-mentioned cases, and going forward please send all correspondence to the new address. Please also update plaintiff and county defendants with this new address also.

Respectfully submitted,

Eric Scott Kindley
Defendant, In Pro Se

1/17/20

Dear Clerk

Please accept this handwritten notice of change of mailing address.

I have yet been moved again, and similarly I have no means to type or use an ink pen.

Please still provide me notices of items filed in three cases (notices, orders, minute orders, etc.) starting with the 1/16/20 minutes (record) of the mandatory Settlement Conference.

I am current on documents up to 12/2019 notices of Docketed.

Thank you again for all of your consideration and assistance.

Respectfully,

Eric Scott Kindley

P.S. My Indiana address is my permanent address. I am still in custody, but have been moved around. In order to prevent bounced mail I will have my family ultimately send me all notices where I am at.

Eric Kindley
Miller County Detention
2300 East 53rd St.
Texarkana, AR 71854

PULASKI COUNTY
REGIONAL DETENTION
FACILITY

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 4 2020

MITCHELL R. ELFERS
CLERK

SHREVEPORT LA 710
21 JAN 2020 PM 3 L
FOREVER USA
Barn Swallow



Attn: Judge Fashing
; clerk of Court
U.S. District Court
333 Lomas BL N.W. #270
Albuquerque, NM 87102

87102-227470