**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eric Scott Kindley, 217485
Miller County Detention Center
2300 East St.
Texarkana, AR 71854, US

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 18 2020
MITCHELL R. ELFERS
CLERK



US POSTAGE $000.65⁰
PITNEY BOWES
02 1P
0000908904
JAN 28 2020
MAILED FROM ZIP CODE 87102

NIXIE    711    DE 1       0002/14/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD