**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


**JANE DOE 2,**

       **Plaintiff,**

v.                                                    **Cause No. 19-CV-00460 CG/GJF**

**THE BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF OTERO; OTERO COUNTY
SHERIFF BENNY HOUSE;
OTERO COUNTY DETENTION CENTER
DIRECTOR CAROLYN BARELA;
ERIC SCOTT KINDLEY,**

       **Defendants.**

## JOINT MOTION FOR AN
## EXTENSION OF TIME TO FILE CLOSING DOCUMENTS

COMES NOW the Party Plaintiff Jane Doe 2, by and through her counsel of record, Rothstein Donatelli, LLP (Carolyn M. Nichols, Esq.); Defendant Otero County Sheriff Benny House, by and through his counsel of record, Brennan & Sullivan, P.A. (James P. Sullivan); Defendant Otero County Detention Center Director Carolyn Barela, by and through her counsel of record, Ortiz & Zamora, Attorneys at Law, LLC, (Tony Ortiz); and hereby move the Court for an extension of time to file closing documents.

The basis for the request is time to have Defendant Eric Scott Kindley execute the dismissal documents. Defendant Kindley is currently incarcerated and the parties have sent them to his criminal attorney and asked for approval.

The Parties move the Court for entry of an Order Extending the Deadline for Filing Closing Documents until March 18, 2020.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By: */s/ James P. Sullivan*
James P. Sullivan
Christina L. G. Brennan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendant Board of County Commissioners for the County of Otero, Otero County Sheriff Benny House*

By: *Approved via email 02/19/20*
Carolyn M. Nichols, Esq.
Maggie H. Lane, Esq.
Rothstein Donatelli, LLP
500 4th Street, NW, #400
Albuquerque, NM 87102-2174
cmnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
     And
Mark H. Donatelli, Esq.
1215 Paseo de Peralta
Post Office Box 8180
Santa Fe, NM 87504-8180
mhd@rothsteinlaw.com
*Attorneys for Plaintiff*

By: *Approved via email 02/19/20*
Tony F. Ortiz, Esq.
Eugene (Geno) I. Zamora, Esq.
Jessica R. Terrazas, Esq.
Nicholas A Govea, Esq.
Ortiz & Zamora, Attorneys at Law, LLC
2011 Botulph Road, Suite 200
Santa Fe, NM 87505
(505) 986-2900
tony@ortiz-zamora.com
geno@ortiz-zamora.com
*Attorneys for Defendant Carolyn Barela*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of February 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Carolyn M. Nichols, Esq.
Maggie H. Lane, Esq.
Rothstein Donatelli, LLP
500 4th Street, NW, #400
Albuquerque, NM 87102-2174
camnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
*Attorneys for Plaintiff*

Tony F. Ortiz, Esq.
Eugene (Geno) I. Zamora, Esq.
Jessica R. Terrazas, Esq.
Nicholas A Govea, Esq.
Ortiz & Zamora, Attorneys at Law, LLC
2011 Botulph Road, Suite 200
Santa Fe, NM 87505
(505) 986-2900
tony@ortiz-zamora.com
geno@ortiz-zamora.com
jessica@ortiz-zamora.com
nicholas@ortiz-zamora.com
*Attorneys for Defendant Carolyn Barela*

An identical copy of the above was served via U.S. Mail to the following:

Eric Scott Kindley, S.O. #217485
1036 South 21st Street
Richmond, IN 47374
*Pro Se Defendant*

By: */s/ James P. Sullivan*
     James P. Sullivan