IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE 2,

      Plaintiff,

v.                                  Cause No. 19-CV-00460 CG/GJF

THE BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF OTERO; OTERO COUNTY
SHERIFF BENNY HOUSE;
OTERO COUNTY DETENTION CENTER
DIRECTOR CAROLYN BARELA;
ERIC SCOTT KINDLEY,

      Defendants.

### STIPULATION OF DISMISSAL OF DEFENDANTS, SHERIFF BENNY HOUSE, CAROLYN BARELA AND ERIC SCOTT KINDLEY, WITH PREJUDICE

COMES NOW the Party Plaintiff Jane Doe 2, by and through her counsel of record, Rothstein Donatelli, LLP (Carolyn M. Nichols, Esq.); Defendant Otero County Sheriff Benny House, by and through his counsel of record, Brennan & Sullivan, P.A. (James P. Sullivan); Defendant Otero County Detention Center Director Carolyn Barela, by and through her counsel of record, Ortiz & Zamora, Attorneys at Law, LLC, (Tony Ortiz); and, Eric Kindley, Pro Se Plaintiff, and pursuant to Fed.R.Civ.P. 41(a)(1)(A), hereby stipulates to the dismissal of Defendants, Otero County Sheriff Benny House, Otero County Detention Center Director Carolyn Barela, and Eric Scott Kindley, with prejudice.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By: _/s/ James P. Sullivan_
James P. Sullivan
Christina L. G. Brennan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendant Board of County Commissioners for the County of Otero, Otero County Sheriff Benny House*

By: _Approved via email 02/19/20_
Carolyn M. Nichols, Esq.
Maggie H. Lane, Esq.
Rothstein Donatelli, LLP
500 4th Street, NW, #400
Albuquerque, NM 87102-2174
cmnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
   And
Mark H. Donatelli, Esq.
1215 Paseo de Peralta
Post Office Box 8180
Santa Fe, NM 87504-8180
mhd@rothsteinlaw.com
*Attorneys for Plaintiff*

By: _Approved via email 02/19/20_
Tony F. Ortiz, Esq.
Eugene (Geno) I. Zamora, Esq.
Jessica R. Terrazas, Esq.
Nicholas A Govea, Esq.
Ortiz & Zamora, Attorneys at Law, LLC
2011 Botulph Road, Suite 200
Santa Fe, NM 87505
(505) 986-2900
tony@ortiz-zamora.com
geno@ortiz-zamora.com
jessica@ortiz-zamora.com
nicholas@ortiz-zamora.com

2

*Attorneys for Defendant Carolyn Barela*

By: _____
Eric Scott Kindley
1036 South 21st Street
Richmond, IN 47374
*Pro Se Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of March, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Carolyn M. Nichols, Esq.
Maggie H. Lane, Esq.
Rothstein Donatelli, LLP
500 4th Street, NW, #400
Albuquerque, NM 87102-2174
camnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
*Attorneys for Plaintiff*

Tony F. Ortiz, Esq.
Eugene (Geno) I. Zamora, Esq.
Jessica R. Terrazas, Esq.
Nicholas A Govea, Esq.
Ortiz & Zamora, Attorneys at Law, LLC
2011 Botulph Road, Suite 200
Santa Fe, NM 87505
(505) 986-2900
tony@ortiz-zamora.com
geno@ortiz-zamora.com
jessica@ortiz-zamora.com
nicholas@ortiz-zamora.com
*Attorneys for Defendant Carolyn Barela*

An identical copy of the above was served via U.S. Mail to the following:

Eric Scott Kindley, S.O. #217485
1036 South 21st Street
Richmond, IN  47374
*Pro Se Defendant*

By: _____
James P. Sullivan