IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**JANE DOE 2,**

       **Plaintiff,**

v.                                                          **Cause No. 19-CV-00460 CG/GJF**

**THE BOARD OF COUNTY COMMISSIONERS**
**FOR THE COUNTY OF OTERO; OTERO COUNTY**
**SHERIFF BENNY HOUSE;**
**OTERO COUNTY DETENTION CENTER**
**DIRECTOR CAROLYN BARELA;**
**ERIC SCOTT KINDLEY,**

       **Defendants.**


**STIPULATION OF DISMISSAL OF DEFENDANT**
**<u>BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF OTERO</u>**

COMES NOW the Party Plaintiff Jane Doe 2, by and through her counsel of record, Rothstein Donatelli, LLP (Carolyn M. Nichols, Esq.) and Defendant The Board of County Commissioners for the County of Otero, by and through its counsel of record, Brennan & Sullivan, P.A. (James P. Sullivan), and pursuant to Fed.R.Civ.P. 41(a)(1)(A), hereby stipulates to the dismissal of this matter, with prejudice.

          Respectfully submitted,

          BRENNAN & SULLIVAN, P.A.

By:    */s/ James P. Sullivan*
       James P. Sullivan
       Christina L. G. Brennan
       128 East DeVargas
       Santa Fe, New Mexico 87501
       (505) 995-8514
       *Attorneys for Defendant Board of County Commissioners*
       *for the County of Otero, Otero County Sheriff Benny House*

By:    *Approved via email 03/06/20*
       Carolyn M. Nichols, Esq.
       Maggie H. Lane, Esq.
       Rothstein Donatelli, LLP
       500 4th Street, NW, #400
       Albuquerque, NM  87102-2174
       cmnichols@rothsteinlaw.com
       mhlane@rothsteinlaw.com
          And
       Mark H. Donatelli, Esq.
       1215 Paseo de Peralta
       Post Office Box 8180
       Santa Fe, NM  87504-8180
       mhd@rothsteinlaw.com
       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of March 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Carolyn M. Nichols, Esq.
Maggie H. Lane, Esq.
Rothstein Donatelli, LLP
500 4th Street, NW, #400
Albuquerque, NM  87102-2174
camnichols@rothsteinlaw.com
mhlane@rothsteinlaw.com
*Attorneys for Plaintiff*

         By: */s/ James P. Sullivan*
            James P. Sullivan